IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV265

ESTES EXPRESS LINES, INC.,               )
                                         )
        Plaintiff,                       )
                                         )
vs.                                      )          ORDER
                                         )
PYRAMID CEMENT PRODUCTS, INC., *et al.*, )
                                         )
        Defendants.                      )
                                         )
_____)

        This matter is before the court upon its own motion. On December 22, 2009, the court
entered an Order directing the Plaintiff to show cause for its failure to serve the Defendants
within the time limit established by Rule 4(m) of the Federal Rules of Civil Procedure.  Plaintiff
has informed the court that no such response will be forthcoming. Accordingly,
        IT IS THEREFORE ORDERED that this matter is hereby DISMISSED WITHOUT
PREJUDICE.


                        Signed: December 29, 2009


                        Graham C. Mullen
                        United States District Judge