# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Estes Express Lines, Inc.,

    Plaintiff,

vs.

Pyramid Cement Products, Inc., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:09-cv-265

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2009 Order.

Signed: December 29, 2009

Frank G. Johns, Clerk
United States District Court